# UNITED STATES DISTRICT COURT
## Western District of Arkansas
## U.S. Probation / Pretrial Services

**Myron Smith**  
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse  
35 East Mountain Road  
Fayetteville, Arkansas 72701  
(479) 442-9892  
Fax - (479) 442-5276

November 8, 2006

Honorable Jimm Larry Hendren  
Chief U.S. District Judge  
U.S. Courthouse  
35 East Mountain  
P.O. Box 6420  
Fayetteville, Arkansas 72701

    **RE: NORTON, William Joe Jr.**  
    **Docket No: 3:97CR30006-001; 3:97CR30008-001**  
        **3:97CR30009-001; 3:97CR30010-001**  
    <u>**VIOLATION REPORT**</u>

Dear Judge Hendren:

This is to seek the Court's guidance in the matter of supervision in the case regarding possible violation(s) of supervision on the above-named individual. The offender was sentenced by Your Honor on February 17, 1998, for six counts of Bank Robbery, 78 months on each count, all to run concurrently. Additionally, he was sentenced to a three-year term of supervised release on each count, all to run concurrently, a $600 (paid) special assessment fee and $63,703 restitution. Supervision commenced on April 26, 2004, in the Western District of Arkansas, Fayetteville Division.

On August 15, 2006, Norton was booked into the Taney County, Missouri, Jail on a new charge of Driving While Intoxicated (DWI). Contact was made with Norton's state parole officer, Kent Villines, and a copy of the arrest report was obtained. On August 23, 2006, Norton's state parole was revoked and he was sent to the technical violators program (TVP). On October 26, 2006, Norton called the probation office to advise he had been released from TVP on October 24, 2006.

According to Norton, he drank a couple of beers at dinner and he was traveling back to his job site in Forsyth, Missouri, when police pulled him over for driving left of center. Upon conducting a BAC data master test, it was determined Norton was driving while intoxicated and he was arrested.

Norton advised that while in TVP he received several certificates of completion, to include, one for drug and alcohol abuse, which is attached for the Courts review.

Based on the above information, it is recommended no action be pursued at this time, but to allow the defendant to remain on supervision. Defendant will continued to be drug tested monthly and his court case in Taney County Missouri will be monitored.

If further information is needed, please advise.

Respectfully,

Tobey L. Reely
U.S. Probation Officer

Reviewed by:

William E. Dunn, Jr.
Supervising U.S. Probation Officer

✓ Pursue Course of Action

___ Submit Petition for Violation

___ Other _____

Jimm Larry Hendren    11/8/06
Chief U.S. District Judge    Date